IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT SIMON,** | : | |
| Plaintiff | : | |
| | : | No. 1:21-cv-00970 |
| v. | : | |
| | : | (Judge Rambo) |
| **PAM SMITH, et al.,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 12th day of August, 2024, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment (Doc. 42) is **GRANTED** in its entirety. The Clerk of Court is **DIRECTED** to close this case.

<u>/s/ Sylvia H. Rambo</u>
SYLVIA H. RAMBO
United States District Judge